UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cr-00047-RLY-MPB |
| | ) | |
| SHERRELL C. BROOKS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 24, 2021, the Court held an Initial Appearance on a Warrant for Violation of Supervised Release. On September 1, 2021, the Court held the Final Hearing on Revocation of Supervised Release. Defendant Brooks appeared in person with counsel Jonathan Chance. The government appeared by Kristian Mukoski, Assistant United States Attorney. The United States Probation and Parole Office was represented by Officer Justin Driskill.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Brooks of his rights and provided him with a copy of the petition and supplemental petition. Defendant Brooks waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Brooks admitted violation 4 (Docket No. 8). The government did not move forward with violations 1, 2 and 3 (Docket No. 5).

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | "The defendant shall not commit another federal, state, or local crime."<br><br>On January 22, 2018, the offender was charged in Vanderburgh County, Indiana, Circuit Court Case No. 82C01-1801-F5-000553, with the following offenses: Battery Resulting in Serious Bodily Injury, a level 5 felony; Battery by Means of a Deadly Weapon, a level 5 felony; and Prisoner Possessing a Dangerous Device or Material, a level 5 felony. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade A violation.

    (b) Defendant's criminal history category is VI.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 24 months' imprisonment.

By agreement, the Parties, departing from the advisory range, recommended a sentence of 18 months in the Bureau of Prisons with no further supervision to follow upon release. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to custody of the Attorney General or his designee for a period of eighteen (18) months with no further supervision upon release from imprisonment.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: September 1, 2021

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal